Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000838
19-MAR-2019
09:12 AM

NO. CAAP-18-0000838

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASSTHOUGH CERTIFICATES, SERIES 2007-QH1, Plaintiff-Appellee, v. MARCELINO MENDOZA AQUINO; MARCELINO M. AQUINO, AS TRUSTEE OF THE MARCELINO M. AQUINO AND JEANETTE D. AQUINO TRUST; Defendants-Appellants, JEANETTE DONIA AQUINO; JEANETTE D. AQUINO, AS TRUSTEE OF THE MARCELINO M. AQUINO AND JEANETTE D. AQUINO TRUST; WAIHONA WAIWAI; KEHALANI COMMUNITY ASSOCIATION; HAWAII LOA FOUNDATION; Defendants-Appellees, JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES; and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0713(2))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the "Notice of Appellants' [sic] Marcelino Mendoza Aquino and Jeanette Donia Aquinos' [sic] Voluntary Dismissal Pursuant to HRAP Rule 42," filed February 28, 2019, by pro se Defendant-Appellant Marcelino Mendoza Acquino, individually and as trustee, and pro se Defendant-Appellee Jeanette Donia Aquino, individually and as trustee, which the court construes as a motion to dismiss the appeal by Marcelino

Mendoza Aquino,[1] the papers in support, the record, and there being no opposition, it appears that (1) Marcelino Aquino seeks to dismiss this docketed appeal; and (2) the requested relief is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 19, 2019.

*(signature)*
Presiding Judge

*(signature)*
Associate Judge

*(signature)*
Associate Judge

---

[1] The notice of appeal did not identify Jeanette Donia Aquino as an appellant, and she did not sign the notice of appeal. Therefore, the appeal and the instant motion are valid as to Marcelino Mendoza Aquino only.

2